

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Robert Cameron McCall, Appellant

No. 06-14-00044-CV     v.

Bobby Ray Hester, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 11-0387). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Robert Cameron McCall, pay all costs of this appeal.

RENDERED FEBRUARY 12, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk